1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2716

5





JAN 19 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

6

7

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  IN RE SEARCH WARRANT FOR          )   2:06-SW-0004 GGH
                                     )
10 33070 MAIN STREET,                )
   DUTCH FLAT, CALIFORNIA            )   MOTION TO UNSEAL
11                                   )   AND [proposed] ORDER
                                     )
12 _____)

13

14      The search warrant, application, and affidavit in support of

15 search warrant that were filed in the above-referenced case were

16 ordered sealed by this Court until further order.  Those documents

17 related to an investigation that resulted in a complaint that was

18 filed on January 17, 2006, case Mag. No. 05-MJ-0021 GGH.  The United

19 States hereby requests that the above-referenced file be unsealed so

20 that its contents may be produced to defendants as discovery.

21 Dated: January 19, 2006
                                    Respectfully submitted,

22
                                    McGREGOR W. SCOTT
23                                  United States Attorney

24
                            By:    /s/ Ellen V. Endrizzi
25                                 ELLEN V. ENDRIZZI
                                   Assistant U.S. Attorney
26

27      Upon application of the United States of America and good cause

28 having been shown,

1

1    IT IS HEREBY ORDERED that the United States' Motion To Unseal

2  the documents filed in this case is GRANTED.

3

4  DATED:   January  19 , 2006

5                                    GREGORY G. HOLLOWS

6                                    HON. GREGORY G. HOLLOWS
                                     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     2